UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     -vs-<br><br>PABLO ANTONIO NAVA-ESPINOSA,<br><br>            Defendant. | No.   2:12-CR-2015-WFN-1<br><br>ORDER |

Pending before the Court is *pro se* Defendant's Motion for Reconsideration to Reduce Sentence According to the Amendment 782. ECF No. 91.  The Court's authority to resentence pursuant to Amendment 782 is limited to cases where the defendant was originally sentenced according to the Drug Quantity Table of the United States Sentencing Guidelines.  Unfortunately, Defendant was sentenced as a career offender rather than the drug guidelines.  The Court lacks the authority to reconsider the decision to sentence Defendant as a career offender.

The Court has reviewed the file and Motions and is fully informed.  Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reconsideration to Reduce Sentence According to the Amendment 782, filed January 8, 2016, **ECF No. 91**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 11th day of January, 2016.

01-08-16

                              s/ Wm. Fremming Nielsen
                              WM. FREMMING NIELSEN
                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER